IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WILLIAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEMPLE UNIVERSITY, et al.,<br><br>　　　　Defendants. | Civil No. 04-831 (RBK)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the Motion to Compel Discovery by Plaintiff Charles Williams; and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff Charles Williams's motion to compel discovery is **DENIED**.

Dated: 9/28/2010

　　　　　　　　　　　　　　　　　　/s/ Robert B. Kugler
　　　　　　　　　　　　　　　　　　ROBERT B. KUGLER
　　　　　　　　　　　　　　　　　　United States District Judge