**NOT FOR PUBLICATION**                                        (Doc. No. 64)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES WILLIAMS, | : | |
| Plaintiff, | : | Civil No. 04-831 (RBK) |
| v. | : | **ORDER** |
| TEMPLE UNIVERSITY, TEMPLE UNIVERSITY BOARD OF TRUSTEES, TEMPLE UNIVERSITY POLICE DEPARTMENT, et al., | : | |
| Defendants. | : | |

This matter comes before the Court upon the motion by Defendants Temple University, Temple University Board of Trustees, Temple University Police Department (collectively "the Temple Defendants") for summary judgment pursuant to Federal Rule of Civil Procedure 56; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' motion for summary judgment as to Plaintiff's Fourth Amendment false arrest and false imprisonment claims are DENIED; and it is further

ORDERED that Defendants' motion for summary judgment as to Plaintiff's Eighth Amendment and Twenty-Sixth Amendment claims are GRANTED; and it is further

ORDERED that Defendants' motion for summary judgment as to Plaintiff's claims against the Temple Defendants are GRANTED; and it is further

ORDERED that Defendants' motion for summary judgment as to all of Plaintiff's claims

1

under Pennsylvania tort and criminal law are GRANTED; and it is further

ORDERED that Plaintiff's "illegal search and seizure in violation of the Fourth Amendment to the United States Constitution," (Compl. at 1), claim is GRANTED to the extent that it is based upon the theory that Officer Szeles's investigatory stop was unlawful.

Date: 6/20/2011

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge